# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

161105 & (61)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIE JOSEPH GRIMES,
      Defendant-Appellant.

SC: 161105
COA: 341417
Wayne CC: 17-004669-FC

_____/

      On order of the Court, the motion to file amended application is GRANTED. The application for leave to appeal the February 4, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020

t1116

Clerk